**Kandra Amboh**
**P.O. Box 124**
**Neola, Utah 84053**
**Telephone: (307) 349-8346**
**Email:** kandraamboh@gmail.com

FILED US District Court-UT
**JAN 11 '24 PM12:28**

**PRO SE**

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **Kandra Amboh,**<br><br>**v.**<br><br>**Kroger Co, The,** | COMPLAINT<br><br>**Case No.: <u>EEOC NO.  35C-2022-00161</u>**<br><br>Case: 2:24–cv–00023<br>Assigned To : Oberg, Daphne A.<br>Assign. Date : 1/11/2024<br>Description: Amboh v. The Kroger Co |

I, <u>Kandra Amboh,</u> am an enrolled member of the Eastern Band of Shoshone Indian. Of

relevance here, the "Eastern Bands" entered into the Treaty of July 2, 1863, 18 Stat. 685, at

Fort Bridger in Utah Territory as their claimed lands.

# DISCLOSURE STATEMENT

The Eastern Shoshone Band of Shoshone Nation is a sovereign entity that issues no stock and has no parent corporation.

## A.  JURISDICTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination. Jurisdiction is specifically conferred on this court by 42 U.S.C. §2000e(5) is also based on 28 U.S.C. §1331, 1343 and 42 U.S.C. §§ 1981 et seq. Where employment discrimination based upon age is alleged, jurisdiction is conferred by 29 U.S.C §§ 626 (c ) (1) and appropriate relief is also sought.  Furthermore, petitioner's Indian Civil Rights Act of 1968 (ICRA), 25 U.S.C. §§ 1301-1304.

## B.  PARTIES

1. **Name of Plaintiff: Kandra L. Amboh,**

   **Present mailing address:**   P.O. Box 124, Neola, UT 84053

2. **Name of first defendant: Kerstin Bradshaw**

   Present mailing Or business location __ 1080 W Highway 40, Vernal, UT 84078

3. **Name of second defendant:** Lindsay Loftis

   Present mailing address

   Or business location __ 1080 W Highway 40, Vernal, UT 84078

4. **Name third defendant:** Colton Sloan

   Present mailing address

   Or business location __ 1080 W Highway 40, Vernal, UT 84078

5. **Name of fourth defendant:** Rico Cook

   Present mailing address

   Or business location __ 1080 W Highway 40, Vernal, UT 84078

6. **Name of fifth defendant:** Barb (Barbette) Thompson

   Present mailing address

   Or business location __ 1080 W Highway 40, Vernal, UT 84078

7. **Name of sixth defendant:** Robin Bassett

8. Present mailing address

9.  Or business location __ <u>1080 W Highway 40, Vernal, UT 84078</u>

10. **Name of seventh defendant:** Cassidy Still

    Present mailing address

    Or business location __ <u>1080 W Highway 40, Vernal, UT 84078</u>

11. **Name of eighth defendant:** Bryson, last name Unknown , Customer Service Manager

    Present mailing address

    Or business location __ <u>1080 W Highway 40, Vernal, UT 84078</u>

12. **Name of Ninth defendant:** Mr. Loftis  (First Name unknown, Husband of Lindsay Loftan)

    Present mailing address

    Or business location __ <u>1080 W Highway 40, Vernal, UT 84078</u>

13. **Name of tenth defendant:** Linda Cochran

    Present mailing address

    Or business location __ <u>1080 W Highway 40, Vernal, UT 84078</u>

14. **Name of eleventh defendant:** James Gray (AKA Alex)

    Present mailing address

    Or business location __ <u>1080 W Highway 40, Vernal, UT 84078</u>

15. **Name of twelfth defendant: Dee Simmons**

    Present mailing address

    Or business location __ <u>1080 W Highway 40, Vernal, UT 84078</u>

### C.  Nature of Case

1.  **The address at which I sought employment or was employed by defendant (s) is:**

    <u>1080 W Highway 40, Vernal, UT 84078</u>

2.  The discriminatory acts occurred on or about:

    ____<u>September 16, 2021</u>_____.

3. I filed charges with the Anti Discrimination Division of the Utah State Industrial Commission regarding the defendant's discriminatory conduct on or about

   December 9, 2021

4. I filed charges with the Equal Employment Opportunity Commission regarding the defendant's discriminatory conduct on or about:

   _____

5. The Equal Employment Opportunity Commission sent the attached "Notice of Right to Sue" which I received on

   October 18, 2023

6. The discriminatory acts that are a basis of this suit are

   a. _x_ Failure to employe me

   b. _X_ Failure to promote me

   c. _X_ Termination of Employment

   d. _X_ Demotion

   e. _X_ Denied equal pay/work

   f. _____

   g. _X_ General harassment

   h. _X_ Other Acts (Be specific: Attach an additional sheet if necessary.

7. Defendant's conduct is discriminatory with respect to :

   a. _x_ my race

   b. _x_ my color

   c. _x_ my sex

   d. _x_ my religion

e.    _x_ my national origin

f.    _x_ my age

8.  I believe that the defendant is still committing these acts against me.

_X_yes ___ no

January 10, 2024 at 10:33 A.M, contacted store for first name Mr. Loftis, Manager and last name of Customer Service Manager, Bryson. The Front end manager Troy, required to locate HR of which was Mr. Sloan, whom commented to legal issue and stated, "No thank you", and hung up, after I introduced myself and requested names.

a.  Count 1: Robin Bassett violating store policy chain of command

b.  Count 2: Cassidy Still instigating and not properly using the chain of command to create general harassment

c.  Count 3: Barbette Thompson, threatened petitioner bodily harm with working knife instrument with street term, "shank you", and false complaint to Store manager leading up to last violation of defendant to petitioner

d.  Count 4: Colton Sloan, unable to apply policy and procedure to maintain State and Federal laws that were violating a protected employee.

e.  Count 5: Kerstin Bradshaw, general harassment regularly causing Mrs. Bradshaw to finally confront petitioner in asking, "Why are you here, Why do you keep coming back"

f.  Count 6: Lindsay Loftin: General Harassment, leading Mrs. Bradshaw with discriminant language to petitioner, leading up to suggesting that I was after Mrs. Bradshaw's job.

g.  Count 7: Lindsay Loftin, hiring petitioner for produce requisition

h.  Count 8: Kerstin Bradshaw, ignoring Petitioner's requisition accepted for employment in the produce department when, Mr. Gray, declined his transfer to other franchise location.

i.   Count 8: Lindsay Loftin: Violating chain of command in requiring Customer Service Manager to act upon petitioner. I informed Floral Manager Linda Cochran that I was receiving instruction from Bryson, she made contact with Lindsay Loftan

j.   Count 9: Lindsay Loftin, I contacted Lindsay, November 8, 2021 regarding requisition #1956767, the job posted closing date is clearly 11/09/21. After speaking with Lindsay on November 8, 2021 she claimed she assisted 2 individuals to apply of which were Bryson and Destiny (Destinee), Mrs. Loftan informed me that there was discriminant language of which it wanted to know about experience within the store but stated to give it a try. I visited the workforce department and upon attempting to retrieve the job opening, I and the workforce were surprised that the job posting was unavailable, upon return to work the next day the job posting was defaced with a black marker and the closing date was changed to 11/08/21

k.   Count 10: Linda Cochran: informing me that due to increased sales would increase more hours in her department and informed me that she being the manager had authority and was authorized to give the excess hour to whom she liked and informed me verbally if I wanted more hours I needed to express my interest. I informed Mrs. Cochran perhaps Mrs. Bassett might qualify for hours in the floral. Mrs. Cochran informed me that as Mrs. Bassett was in the produce department as a full time employee she was assured her hours within that department. There after, Mrs. Bassett was scheduled to consume the hours that were stated would be allocated to me.

l.   Count 11: Linda Cochran, during the Christmas reset, she was discussing with me the dislike of the colored Santa's, as the Assistant reset manager overheard her, he remarked her comments were inappropriate.

m.   Count 12: Rico Cook, inability to manage workers in department in on going harassment

n.  Count 13: Rico Cook, discriminant in scheduling employees work schedule

o.  Count 14: Kerstin Bradshaw: Singling out Petitioner when overtaking manager's schedules in creating those, Corporate policy states that managers in departments maintain and schedule employees

p.  Count 15: Dee Simmons, allowing Kerstin Bradshaw to violate the policies and procedures of which caused discriminant behavior upon petitioner violating petitioner's rights. Not correcting employees to follow procedure and policy created. Mr. Simmons erred when he determined to visit rural area and not knowing the distance from petitioner and store location in not planning appropriately to set a time and date as petitioner was not on work schedule does not prescribe an effort to conduct repair.

q.  Count 16: James Gray, general harassment, involving bakery manager in his endeavor to continue his produce requisition employment although he forfeited his employment position and I was hired to maintain work flow.

r.  Count 17: Colton Sloan, writing up of petitioner without a full investigation and using one side tactics

s.  Count 18: Colton Sloan General harassment

t.  Count 19: Mr Loftis, Singling out Petitioner for general harassment in watching me and making comments to get back on task during customer service transactions and while completing job tasks.

## E. INJURY

**1. How have you been injured by the actions of the defendant(s)?**

I have been violated verbally and threatened with bodily harm. The action's of the employees have no policy or procedure that was followed. The defendants violated my rights in their attempt and their capacity to reduce my ability to self determine that they violated my Federal rights and my treaty rights according Federal Statute's 1151, 1152, 1153, of which are the

supreme law's of this land. The rule of law states that nothing is above the law whether subject, man, or woman.

## F. Request For Relief

**2. I believe I am entitled to the following relief:**

**Punitive damages 100 Trillion dollars, and ownership of all person owned and corporate franchises within 1863 Eastern Shoshone Band treaty jurisdiction .**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct.   28 U.S.C. §1746; 18 U.S.C. § 1621.

Executed at _Roosevelt_ on _January 10_, 2024.
            (Location)

Signature

H:\prose\vii.gui

STATE OF UTAH
COUNTY OF: _Duchesne_
ON THE _10_ DAY OF _January_
PERSONALLY APPEARED BEFORE ME
_Kandra Amboh_ SIGNER(S) OF THE ABOVE
INSTRUMENT, WHO DULY ACKNOWLEDGED TO ME THAT
HE/SHE/THEY EXECUTED THE SAME

NOTARY PUBLIC

TRACY RENEE MILLER
Notary Public - State of Utah
Commission Number: 730994
My Commission Expires on
May 5, 2027